1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MAURICE DARONTE DAVIS,                        No.  2: 23-cv-00845 KJN P

12                     Plaintiff,

13             v.                                    ORDER AND FINDINGS AND
                                                     RECOMMENDATIONS
14     JEFF LYNCH,

15                     Defendant.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18     to 42 U.S.C. § 1983.  The undersigned issued a separate order screening plaintiff's first amended

19     complaint.  In the order screening the first amended complaint, the undersigned found that the

20     first amended complaint stated the following potentially colorable Eighth Amendment claims for

21     relief against defendant Lynch:  1) plaintiff was struck by debris falling from the damaged roof;

22     2) plaintiff was housed on a cell with "major leakage;" and 3) plaintiff was exposed to toxic

23     mold.  The undersigned ordered service of defendant Lynch as to these claims.

24          In the order screening the first amended complaint, the undersigned found that the

25     remaining claims against defendant Lynch and all claims against defendant Governor Newsom

26     were not potentially colorable.  For the reasons stated in the order screening the first amended

27     complaint, the undersigned herein recommends dismissal of the remaining claims against

28     defendant Lynch and all claims against defendant Governor Newsom.

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district

2    judge to this action; and

3    IT IS HEREBY RECOMMENDED that all claims in the first amended complaint against

4    defendant Lynch, but for the three claims found potentially colorable in the screening order, and

5    all claims against defendant Governor Newsom be dismissed.

6    These findings and recommendations are submitted to the United States District Judge

7    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8    after being served with these findings and recommendations, plaintiff may file written objections

9    with the court and serve a copy on all parties.  Such a document should be captioned

10   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

11   failure to file objections within the specified time may waive the right to appeal the District

12   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

13   Dated:  August 28, 2023

14

15   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

16

17

18
     Dav845.56
19

20

21

22

23

24

25

26

27

28